FILED
CLERK, U.S. DISTRICT COURT

APR 13 2009

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| JERRY RAY PARRISH,<br><br>  Petitioner,<br><br>v.<br><br>JAMES A. YATES, WARDEN<br><br>  Respondent. | Case No. EDCV 07-01402 GW (AN)<br><br>ORDER APPROVING AND ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the file, including the Magistrate Judge's Report and Recommendation ("R&R") and Petitioner's Objections thereto, *de novo*. IT IS ORDERED that:

1. The Court finds the Objections principally repeat arguments that Petitioner raised in his claims for relief and lack merit for the reasons discussed in the R&R. Therefore, the Objections are overruled.

2. Judgment shall be entered denying the Second Amended Petition and dismissing this action with prejudice.

3. All motions are denied as moot and terminated.

IT IS FURTHER ORDERED that the Clerk of the Court shall serve a copy of this Order and the Judgment on all counsel or parties of record.

Dated: April 12, 2009

_____
GEORGE H. WU
UNITED STATES DISTRICT JUDGE