ENTER / JS-6

FILED
CLERK, U.S. DISTRICT COURT
APR 13 2009
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| JERRY RAY PARRISH,<br>    Petitioner,<br>v.<br>JAMES A. YATES, WARDEN,<br>    Respondent. | Case No. EDCV 07-01402 GW (AN)<br><br>JUDGMENT |

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice for the reasons set forth in the Magistrate Judge's Report and Recommendation.

Dated: April 12, 2009

_____
GEORGE H. WU
UNITED STATES DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
APR 14 2009
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY